IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

KEVIN HUDSON

Criminal Information

No. 1:21-CR-204

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning in or around March 2017, and continuing until on or about May 17, 2017, in the Northern District of Georgia, the defendant, KEVIN HUDSON, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with individuals whose identities are known to the United States Attorney, to violate Title 18, United States Code, Section 922(j), that is, to knowingly and unlawfully possess a stolen firearm that had been shipped and transported in interstate and foreign commerce, knowing, and having reasonable cause to believe, that the firearm was stolen.

## Overt Acts

In furtherance of the conspiracy and to accomplish its objectives, the defendant, KEVIN HUDSON, committed, and caused to be committed, at least one of the following overt acts:

1. On or about May 3, 2017, HUDSON sent a text message to an individual known to the United States Attorney seeking to obtain a .25 caliber firearm that he knew and had reasonable cause to believe was stolen.

2. On or about May 15, 2017, HUDSON attempted to sell a Diamondback semi-automatic rifle to an individual known to the United States Attorney by sending text messages. HUDSON knew and had reasonable cause to believe that the firearm he was attempting to sell was stolen.

All in violation of Title 18, United States Code, Section 371.

### Forfeiture

Upon conviction of the offense alleged herein, KEVIN HUDSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to various ammunition seized on or about May 17, 2017.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture

of any other property of the defendant up to the value of the above forfeitable property.

KURT R. ERSKINE
*Acting United States Attorney*

*Annalise K. Peters*
ANNALISE K. PETERS
*Assistant United States Attorney*
Georgia Bar No. 550845

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181